UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RONI DERSARKISSIAN,<br><br>    Petitioner,<br>v.<br>KRISTI NOEM., et al.,<br><br>    Respondents. | No. 5:25-cv-03482-SPG-BFM<br><br>**ORDER REQUIRING FURTHER RESPONSE TO PETITION** |

Petitioner filed a request for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, (ECF 1) along with a request for a temporary restraining order (ECF 4). That temporary restraining order was granted after the District Judge found that Petitioner was likely to succeed on his *Zadvydas* claim. (ECF 10 at 8.) Petitioner was released from custody on December 29, 2025. (ECF 14 at 2.) Respondents thus filed an Answer limited to its claim that the Petition should be dismissed as moot. (ECF 14 at 4.) Petitioner disputes that the Petition is moot. (ECF 15.)

The Court is skeptical of Respondents' position that the claim is moot and is inclined, instead, to believe that the Court should instead treat this as a case

1  of voluntary cessation. Without deciding that matter, however, the Court
2  concludes that it would be more efficient to consider the mootness claim
3  alongside a response on the merits of the claim. The Court thus orders a
4  supplemental answer to be filed that addresses the substance of Petitioner's
5  claim(s) **no later than March 10, 2026.** Petitioner shall file a supplemental
6  traverse **no later than March 31, 2026**. The matter will be taken under
7  submission at that time.

9  DATED: February 17, 2026

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE